IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT KALANI,

                Plaintiff,                        No. 2:12-CV-02453-KJM-DAD

      vs.

SUKHINDER JIT SINGH RANDHAWA, et al.,

                Defendants.                ORDER

_____/

        The pretrial status conference in this matter, currently set for February 7, 2013 is hereby vacated and plaintiff is ordered to show cause, no later than seven days from the date of this order, why this action should not be dismissed because of plaintiff's failure to apply for default judgment. FED. R. CIV. P. 41(b).

        IT IS SO ORDERED.

DATED:  January 31, 2013.

                                      _____

                        UNITED STATES DISTRICT JUDGE