IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT KALANI,

        Plaintiff,                Case No. 2:12-cv-2453 KJM DAD

    vs.

SUKHINDER JIT SINGH RANDHAWA,    ORDER
el al.,

        Defendants.

_____/

        This matter came before the court on March 1, 2013, for hearing of plaintiff's motion for default judgment. (Doc. No. 12.) Tanya Moore, Esq. appeared telephonically on behalf of the plaintiff. Defendant Didar S. Randhawa appeared in person on his own behalf and defendant Daljit S. Grover appeared in person on his own behalf.

        Upon consideration of the arguments on file and made at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

        1. Defendants are granted thirty (30) days to either retain counsel and have counsel file a responsive pleading or, if proceeding pro se, to each file a responsive pleading;

        2. After the passage of thirty days, if no defendant has filed a responsive pleading, plaintiff shall re-notice his motion for default judgment for hearing before the

undersigned; and

       3.  The Clerk of the Court is directed to serve a copy of this order on each defendant at 900 S Cherokee Lane, Lodi, CA 95240.

DATED: March 1, 2013.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\kalani2453.oah.030113