1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT KALANI,                                No.  2:12-CV-2453 KJM DAD

12                    Plaintiff,

13          v.                                       ORDER

14    SUKHINDER JIT SINGH RANDHAWA,
      et al.,
15
                      Defendants.
16

17

18                  On May 16, 2013, the court issued a minute order setting a status (pretrial

19    scheduling) conference for June 20, 2013, and requiring the parties to file a joint status report no

20    later than June 13, 2013.  The parties filed a joint status report on June 12, 2013, but there was no

21    appearance by defendant at the June 20th conference.

22                  Accordingly, defendants are ordered to show cause on or before July 8, 2013, why

23    defendants should not be sanctioned in the amount of $250.00 for failing to appear.

24    DATED:  July 1, 2013.

25

26    _____

27                  UNITED STATES DISTRICT JUDGE

28

1