UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>          Plaintiff,<br><br>     v.<br><br>SUKHINDER JIT SINGH RANDHAWA, et al.,<br><br>          Defendants. | No. 2:12-CV-2453 KJM DAD<br><br><br>ORDER |

On May 16, 2013, the court issued a minute order setting a status (pretrial scheduling) conference for June 20, 2013, and requiring the parties to file a joint status report no later than June 13, 2013. The parties filed a joint status report on June 12, 2013, but there was no appearance by defendant at the June 20th conference.

Accordingly, defendants are ordered to show cause on or before July 8, 2013, why defendants should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: July 1, 2013.

_____
UNITED STATES DISTRICT JUDGE

1