UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | Civ. No. S-12-2453 KJM DAD |
| Plaintiff, | |
| v. | ORDER |
| SUKHINDER JIT SINGH RANDHAWA, at al., | |
| Defendants. | |

On July 1, 2013, this court directed defendants to show cause why they should not be sanctioned for failing to appear at the pretrial scheduling conference on June 20. Defendants have not responded to the court's order.

IT IS THEREFORE ORDERED:

1. Attorney Stephen Dean Ruiz is sanctioned in the amount of $250 for his failure to appear at the scheduling conference, payable to the court within seven days of the date of this order;

2. Attorney Ruiz is ordered not to pass this cost onto his clients; and

/////

/////

/////

1

3. If Attorney Ruiz does not comply with this order, the failure to comply will be reported to the State Bar.

DATED: September 5, 2013.

_____
UNITED STATES DISTRICT JUDGE